UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GOLD FLORA, LLC, a California limited liability company; and BLACK LION FARMS, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>vs.<br><br>CONSTELLATION NEWENERGY, INC., a Delaware corporation; and DOES 1 through 50<br><br>Defendants, | CASE NO. 8:22-cv-02088-JVS-JDE<br><br>ORDER APPROVING STIPULATED PROTECTIVE ORDER |

For good cause shown, the parties' Stipulated Protective Order (Dkt. 37) is approved and entered as an Order of the Court.

DATED: May 18, 2023

/s/ John D. Early
JOHN D. EARLY
United States Magistrate Judge