JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GOLD FLORA, LLC, a California limited liability company; and BLACK LION FARMS, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>vs.<br><br>CONSTELLATION NEWENERGY, INC., a Delaware corporation; and DOES 1 through 50<br><br>Defendants, | CASE NO. 8:22-CV-02088-JVS-JDE<br><br>Assigned to: Hon. James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PROC., RULE 41(a) [54]**<br><br>[*Filed concurrently with Joint Stipulation to Dismissal Without Prejudice*]<br><br>Action Filed:        October 18, 2022<br><br>Discovery Cutoff:  January 22, 2024<br>Pre-Trial Conf:    March 4, 2024<br>Trial:             March 19, 2024 |

**ORDER**

<u>ORDER</u>

The Court having read and considered the Parties' Joint Stipulation to Dismissal Without Prejudice to Refile Pursuant to Fed. R. Civ. Proc. Rule 41(a), filed by Plaintiffs Gold Flora, LLC and Black Lion Farms, LLC, and good cause appearing therefore, hereby orders as follows:

The Court hereby GRANTS the Parties' Joint Stipulation to Dismiss Without Prejudice. The case is dismissed without prejudice to re-file.

**IT IS SO ORDERED.**

DATED: December 20, 2023

_____
Hon. James V. Selna
United States District Judge

**ORDER**